# Court of Appeals
# of the State of Georgia

ATLANTA, February 12, 2013

*The Court of Appeals hereby passes the following order:*

**A12A1770. WILSON v. THURMOND et al.**

Upon plenary review of the complete appellate record and upon consideration of the Brief of Appellant, it appears that Appellant's application for discretionary appeal was improvidently granted. Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/12/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*